479 A.2d 1109

Commonwealth v. Toner, Appellant.
Petition for Allowance of Appeal
Denied Oct. 15, 1984.

Argued September 6, 1983. Joseph B. Vanwyk, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed in No. 1460 Philadelphia 1981; order affirmed in No. 1535 Philadelphia 1982.

479 A.2d 1109

Commonwealth v. Tyler, Appellant.

Submitted January 20, 1984. Gregory H. Lindsay, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.